**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE MATTER OF ESTATE OF LYDIA  : No. 860 MAL 2017
F. SHEARLDS, DECEASED           :
                                   :
                                   : Petition for Allowance of Appeal from
PETITION OF: DEREE J. NORMAN   : the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.